UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
|---|---|---|
| | § | |
| vs. | § | NO: AU:19-CR-00163(1)-LY |
| | § | |
| (1) Laura Jean Wainwright | § | |

## ORDER DETAINING DEFENDANT ON GOVERNMENT'S PETITION FOR OFFENDER UNDER SUPERVISION

The above-named defendant has been arrested and made an Initial Appearance before the Court on the Government's Petition for Warrant or Summons on Offender under Supervision. Pursuant to Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143, the Court ORDERS that the Defendant be detained pending the Preliminary and Final Revocation hearings in this matter. Considering the numerous violations allegedly committed by Defendant throughout the term of her supervision, Defendant did not establish by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. Should the Defendant wish to be considered for release on conditions pending future hearings, the Defendant may raise that issue at the Preliminary Revocation hearing set in this case.

ACCORDINGLY, the Defendant is ORDERED DETAINED until further orders of the Court. The Defendant is committed to the custody of the Attorney General or the authorized representative for confinement in a corrections facility that is separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant will be afforded a reasonable opportunity for private consultation with a defense attorney. The Defendant will also receive all necessary and reasonable medical attention while being held in custody. Upon order of a court of the United States or upon request by an attorney for the government, the person in charge of the corrections facility will deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** on December 9, 2019.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE